# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gabriel Dominguez-Coronado,<br>a.k.a.: Gabriel Coronado Dominguez,<br>(A098 434 342)<br>*Defendant* | Case No. 17-9304 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gabriel Dominguez-Coronado, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 31, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2017

*Judge's signature*

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 11, 2017, Gabriel Dominguez-Coronado was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Dominguez-Coronado was examined by ICE Officer J. Davis who determined Dominguez-Coronado to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On July 11, 2017, Dominguez-Coronado was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Dominguez-Coronado was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gabriel Dominguez-Coronado to be a citizen of Mexico and a previously deported criminal alien. Dominguez-Coronado was removed from the United States to Mexico through Nogales, Arizona, on or about May 31,

1

2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Dominguez-Coronado in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Dominguez-Coronado's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Gabriel Dominguez-Coronado was convicted of Re-Entry of Removed Alien, a felony offense, on March 26, 2013, in the United States District Court, District of Arizona. Dominguez-Coronado was sentenced to six (6) months' imprisonment and two (2) years' supervised release. Dominguez-Coronado's criminal history was matched to him by electronic fingerprint comparison.

5. On July 11, 2017, Gabriel Dominguez-Coronado was advised of his constitutional rights. Dominguez-Coronado freely and willingly acknowledged his rights and declined to make any further statements

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 11, 2017, Gabriel Dominguez-Coronado, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Nogales, Arizona, on or about May 31, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 13th day of July, 2017.

_____
Eileen S. Willett
United States Magistrate Judge